NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1577, -1578

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

Plaintiff-Appellant,

v.

COBY ELECTRONICS CORPORATION,

Defendant-Appellee,

and

NINTENDO OF AMERICA, INC.,

Defendant-Cross Appellant,

and

OVERSTOCK.COM, INC.,

Defendant-Appellee,

and

DELL, INC.,

Defendant-Appellee,

and

LITE-ON AMERICAS, INC. and LITE-ON SALES & DISTRIBUTION, INC.,

Defendant-Appellee,

and

SHERWOOD AMERICA, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Central District of California in case no. 08-CV-8439, Judge Manuel L. Real.

<u>O R D E R</u>

Upon review of this recently docketed appeal, it appears that a special briefing schedule should issue.

Accordingly,

IT IS ORDERED THAT:

(1)    The appellant's opening brief is due no later than November 20, 2009.

(2)    The cross-appellant's opening brief is due within 40 days of service of the appellant's opening brief.

(3)    The appellees' briefs are due within 40 days of service of the cross-appellant's opening brief.[*]

(4)    The appellant's response/reply brief is due within 40 days of service of the last-served appellees' brief.

(5)    The cross-appellant's reply brief is due within 14 days of service of the appellant's response/reply brief.

FOR THE COURT

NOV 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Sharon A. Israel, Esq.
        Robert M. Dato, Esq.
        Edward E. Casto, Jr., Esq.
        William S. Coats, Esq.
        Grant E. Kinsel, Esq.
        Christopher A. Shield, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 4 2009

JAN HORBALY
CLERK

_____

[*]    If any of the parties designated as appellees do not intend to participate in this court, they should promptly inform the court and the caption will be revised to delete their identification as appellees.

2009-1577, -1578                    - 2 -